Case No: 17-01189 HAC Judge: HENRY A. CALLAWAY  
Case Name: COLLLIER JR., CARLTON G  
COLLLIER, CHASITY P  
For Period Ending: 10/11/18

Trustee Name: LYNN HARWELL ANDREWS  
Date Filed (f) or Converted (c): 03/31/17 (f)  
341(a) Meeting Date: 04/24/17  
Claims Bar Date: 11/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2877 SADDLEBROOK DR. W., MOBILE, AL 36695 (secured to Planet Home Lending) See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 Debtor Claimed Exemption | 186,300.00 | 14,062.00 | | 6,010.73 | 8,051.27 |
| 2. 5670 CLYDE DR. THEODORE, AL 36582 (secured to First Federal) Order Approving Abandonment dated 4-3-18 | 74,300.00 | 0.00 | OA | 0.00 | FA |
| 3. 2006 FORD F150 MILEAGE: 137000 Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. 2006 NISSAN PATHFINDER MILEAGE: 120000 (secured to Keesler Federal Credit Union) Debtor Claimed Exemption | 5,500.00 | 0.00 | | 0.00 | FA |
| 5. 2016 OUTBACK 322SH (secured to Keesler Federal Credit Union) Debtor Claimed Exemption | 31,000.00 | 0.00 | | 0.00 | FA |
| 6. MISC HOUSEHOLD ITEMS Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. APPLIANCES (secured to Alabama Power Company) Debtor Claimed Exemption | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. TV & LAPTOPS See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 Debtor Claimed Exemption | 1,000.00 | 425.00 | | 0.00 | 150.00 |
| 9. GUNS See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | 1,500.00 | 1,500.00 | | 0.00 | 750.00 |
| 10. CLOTHING Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 11. MISC JEWELRY See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | 300.00 | 300.00 | | 0.00 | 50.00 |
| 12. LAWNMOWER (secured to Sheffield Financial LLC) Debtor Claimed Exemption | 6,000.00 | 0.00 | | 0.00 | FA |
| 13. WOODFOREST BANK CHECKING See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | 2,200.00 | 1,200.00 | | 0.00 | 1,200.00 |

Case No: 17-01189 HAC Judge: HENRY A. CALLAWAY
Case Name: COLLLIER JR., CARLTON G
COLLLIER, CHASITY P

Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 03/31/17 (f)
341(a) Meeting Date: 04/24/17
Claims Bar Date: 11/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 14. KEESLER FEDERAL CREDIT UNION SAVINGS | 12.00 | 12.00 | | 0.00 | 12.00 |
| See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | | | | | |
| 15. MCPSS 401K | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. IRS REFUNDFEDERAL | 7,279.00 | 3,476.00 | | 0.00 | 3,476.00 |
| See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. STATE TAX REFUND | 500.00 | 500.00 | | 0.00 | 300.00 |
| See motion to sell property of the estate at private sale and compromise controversy dated 11-7-17, Order granting motion to sell and compromise dated 12-6-17 | | | | | |
| 18. LOT 32, DEERFIELD ESTATES UNIT THREE -DEERFIELD CT MOBILE, AL | 27,000.00 | 27,000.00 | | 23,163.08 | FA |
| See proposal for private sale dated 3-1-18; Order approving sale dated 3-23-18 and Report of Sale filed 4-17-18 | | | | | |

TOTALS (Excluding Unknown Values) $357,592.00 $48,475.00 $29,173.81

Value of Remaining Assets
$13,989.27
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collection of payments from Debtors under terms of sale/compromise approved C.O. 12-6-17. Debtors are in default. Terrie Owens has been hired to collect. Affidavit of garnishment has been filed as to Chasity Collier.
Review and object to claims.

Initial Projected Date of Final Report (TFR): 12/31/18   Current Projected Date of Final Report (TFR): 03/31/19

/s/ LYNN HARWELL ANDREWS
_____ Date: 10/11/18
LYNN HARWELL ANDREWS